UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FIRST KUWAITI GENERAL TRADING & CONTRACTING W.L.L., <br><br> Movant, <br><br> v. <br><br> KELLOGG BROWN & ROOT INTERNATIONAL, INC., <br><br> Respondent. | No. 1:23-mc-00001 |

### NOTICE OF MOTION TO VACATE ARBITRAL AWARD

Pursuant to Section 10 of the Federal Arbitration Act, 9 U.S.C. § 10, First Kuwaiti General Trading & Contracting W.L.L. ("First Kuwaiti") respectfully moves to vacate an award issued by a tribunal of the International Centre for Dispute Resolution in *First Kuwaiti General Trading & Contracting W.L.L. v. Kellogg Brown & Root International, Inc.*, Case No. 50-20-0800-0148, to the extent it granted relief in favor of respondent Kellogg Brown & Root International, Inc. ("KBR").

The grounds for the motion are set forth in the accompanying brief, declaration, and exhibits annexed thereto. As explained in the brief, the Court should set aside the award to the extent it granted relief in favor of KBR because the award "evidences a manifest disregard of the law" and "fails to draw its essence from the contract," *Patten v. Signator Ins. Agency, Inc.*, 441 F.3d 230, 234 (4th Cir. 2006), because the arbitrators committed "misbehavior by which the rights of any party have been prejudiced," 9 U.S.C. § 10(a)(3), and because the arbitrators "exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made," *id.* § 10(a)(4).

First Kuwaiti seeks an order (a) granting this motion; (b) vacating the award insofar as the tribunal ruled in KBR's favor on the Subcontract 11 claim; (c) awarding fees, costs, and interest that may be recoverable in this proceeding; and (d) granting such other and further relief the Court deems just and proper.

Dated: January 5, 2023
       Washington, D.C.

Respectfully submitted,

/s/
Eric R. Nitz (Va. Bar No. 82471)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Attorneys for Movant First Kuwaiti General Trading & Contracting W.L.L.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, the foregoing notice of motion and the accompanying brief, declaration, and exhibits were filed by ECF and, by agreement of the parties, will be served by email on the following:

Nicholas A. Simms
PORTER HEDGES LLP
1000 Main St., 36th Floor
Houston, TX  77002
(713) 226-6659
NSimms@porterhedges.com

*Attorneys for Respondent Kellogg Brown & Root International, Inc.*

　　　　　　/s/
Eric R. Nitz (Va. Bar No. 82471)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Attorneys for Movant First Kuwaiti General Trading & Contracting W.L.L.*