**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| FIRST KUWAITI GENERAL TRADING & CONTRACTING W.L.L.,<br><br>               Movant,<br>    v.<br><br>KELLOGG BROWN & ROOT INTERNATIONAL, INC.,<br><br>               Respondent. | No. 1:23-mc-00001 |

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to this Court's Local Rule 7.1, First Kuwaiti General Trading & Contracting W.L.L. ("First Kuwaiti") states as follows:

First Kuwaiti is a limited liability company organized under Kuwaiti law with its principal place of business in Kuwait. First Kuwaiti has no parent, subsidiary, or affiliated entities that have issued stock or debt securities to the public, and there is no publicly held entity that owns 10% or more of First Kuwaiti's stock.

The owners of First Kuwaiti are Wadih Michel Al Absi, a citizen of Lebanon, and Al-Rand Company for General Contracting for Buildings, a Kuwaiti company.

The owners of Al-Rand Company for General Contracting for Buildings are Bachir Wadih Al Absi, a citizen of Lebanon, and RWJM General Contracting Co. for Buildings, Roads, Sewers, and Bridges, a Kuwaiti company.

The owners of RWJM General Contracting Co. for Buildings, Roads, Sewers, and Bridges are Bachir Wadih Al Absi, a citizen of Lebanon, and First Kuwaiti.

Based on the foregoing, First Kuwaiti is considered a citizen of Kuwait and Lebanon for purposes of the federal diversity statute.

Dated:   January 5, 2023                         Respectfully submitted,
         Washington, D.C.

                                   _____/s/_____
                                   Eric R. Nitz (Va. Bar No. 82471)
                                   MOLO LAMKEN LLP
                                   The Watergate, Suite 500
                                   600 New Hampshire Avenue, N.W.
                                   Washington, D.C.  20037
                                   (202) 556-2021 (telephone)
                                   (202) 536-2021 (facsimile)
                                   enitz@mololamken.com

                                   *Attorneys for Movant First Kuwaiti*
                                   *General Trading & Contracting W.L.L.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2023, the foregoing document was filed by ECF and, by agreement of the parties, will be served by email on the following:

Nicholas A. Simms
PORTER HEDGES LLP
1000 Main St., 36th Floor
Houston, TX  77002
(713) 226-6659
NSimms@porterhedges.com

*Attorneys for Respondent Kellogg
Brown & Root International, Inc.*

_____/s/_____
Eric R. Nitz (Va. Bar No. 82471)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Attorneys for Movant First Kuwaiti
General Trading & Contracting W.L.L.*