# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FIRST KUWAITI GENERAL TRADING & CONTRACTING W.L.L., <br><br>                 Movant, <br> v. <br><br> KELLOGG BROWN & ROOT INTERNATIONAL, INC., <br><br>                 Respondent. | No. 1:23-mc-00001-AJT-WEF |

### NOTICE OF KBR'S RESPONSE TO FIRST KUWAITI GENERAL TRADING & CONTRACTING W.L.L.'S MOTION TO VACATE ARBITRAL AWARD AND KBR'S MOTION TO CONFIRM ARBITRATION AWARD

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9, 10, Kellogg Brown & Root International, Inc. ("KBR") files this response ("Response") to First Kuwaiti General Trading & Contracting W.L.L.'s Motion to Vacate Arbitral Award ("Motion") and KBR's Motion to Confirm Arbitration Award ("Motion to Confirm"), and KBR respectfully requests that the Court deny the Motion and grant KBR's Motion to Confirm.

The grounds for KBR's Response and Motion to Confirm are set forth in the accompanying brief, declaration, and exhibits attached thereto. As explained in the brief, FKTC's Motion is untimely, and FKTC has failed to establish any of the grounds under the FAA to support vacating the arbitration award. Because of this, the final award should be confirmed by the Court.

KBR seeks an order denying FKTC's Motion to Vacate the Arbitration Award and confirming the arbitration award, and granting such other and further relief the Court deems just and proper.

1

13793498v1

Date:  February 2, 2023                                          Respectfully submitted,

By: /s/ Douglas L. Patin
Douglas L. Patin
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street, NW, Suite 1350
Washington, DC 20036

**Jennifer M. Ersin**
(pro hac vice application pending)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street, NW, Suite 1350
Washington, DC 20036

Nicholas A. Simms
(pro hac vice application pending)
David W. Salton
(pro hac vice application pending)
Jack E. Byrom
(pro hac vice application pending)
**PORTER HEDGES LLP**
1000 Main, 36th Floor
Houston, Texas 77002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed by ECF and served by email to the following counsel on this the 2nd day of February 2023:

Eric R. Nitz
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (Telephone)
(202) 536-2021 (Facsimile)
enitz@mololamken.com

/s/ Douglas L. Patin
Douglas L. Patin

2

13793498v1